UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RODERICK TATE, # 316412, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:16-CV-93-JRG-CCS |
| ) | |
| CHERRY LINDAMOOD, Warden, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM & ORDER

State inmate Roderick Tate filed this pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254, attacking his 2012 Knox County, Tennessee judgment, convicting him of various drug-related offenses. Pursuant to that judgment, Petitioner is currently serving an effective sentence of twenty-one years' imprisonment. The Clerk is **DIRECTED** to serve copies of the petition and this Memorandum & Order upon Respondent and the Attorney General for The State of Tennessee.

Since it does not plainly appear from the face of the petition that it should be summarily dismissed, Respondent is hereby **ORDERED** to answer or otherwise respond to the petition within thirty (30) days from the date of this Order. Rule 4 of the Rules Governing Section 2254 Cases In The United States District Courts. Respondent should specifically address whether the petition was timely filed and whether Petitioner has exhausted his available state court remedies. 28 U.S.C. §§ 2244(d), 2254(b).

**SO ORDERED**.

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE